AVERITT, adm'r, *vs.* POPE, adm'r,

1. The Act of 1850, authorizing foreign administrators to sue in this State, applies as well to actions *ex delicto* as to actions *ex contractu.*

Complaint, from Lee county. Tried before Judge ALLEN, March Term, 1859.

This was an action of complaint brought for the recovery of a slave by Matthew Averitt against Robert Freeman. Pending the suit both parties died, and afterwards, Sarah Averitt, as administratrix of Matthew Averitt, deceased, and John H. Pope, as administrator of Robert Freeman, deceased, were made parties plaintiff and defendant.

On the trial, the plaintiff offered in evidence an exemplification from the Probate Court of the county of Russell, and State of Alabama, showing that on the 27th day of July, 1857, Sarah Averitt was duly appointed administratrix of the estate of Matthew Averitt, deceased; which exemplification was in due form.

Defendant's counsel objected to the same going in evidence, on the ground, that under the Act of 1850, a foreign administrator was not authorized to bring or maintain such an action as this, it being an action *ex delicto.*

Which objection was sustained by the Court; and afterwards, when the plaintiff closed her testimony and rested her case, the Court, on motion of counsel for defendant, granted an order non-suiting said case on the above ground.

To which counsel for plaintiff excepted.

VASON & DAVIS, for plaintiff in error.

HAWKINS, *contra.*

*By the Court.*—STEPHENS, J., delivering the opinion.

The Act of 1850, authorizing foreign administrators to sue in this State, (see *Cobb's Dig.*, 341), warrants no such distinction as that taken as the ground of the non-suit, between actions *ex contractu* and actions *ex delicto.* The Act speci-

fies certain causes of action for which the foreign administrator may sue, and then adds, "and any other cause of action against citizens of this State." The non-suit is plainly against the Statute.

Judgment reversed.